**The Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN HALL,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>　　　　　　Defendants. | NO. 2:20-cv-00506-BJR<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE — - 1 -
NO. 2:20-cv-00506-BJR

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1563361/041320 1151/8284-0022

Dated this 13th day of April 2020.

| | |
|---|---|
| SANDERS PHILLIPS GROSSMAN LLC | BETTS, PATTERSON & MINES, P.S. |

By _s/ Randi Kassan_
   Randi Kassan
100 Garden City Plaza, Ste 500
Garden City, NY 11530
T: (516) 741-5600
rkassan@thesandersfirm.com
Attorney for Plaintiff Justin Hall

By _s/ Christopher W. Tompkins_
   Christopher W Tompkins, WSBA #11686
   Natasha A. Khachatourians, WSBA #42685
One Convention Place
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
T: (206) 292-9988
ctompkins@bpmlaw.com
nkhachatourians@bpmlaw.com

Richard B. North, Jr.
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW
Suite 1700
Atlanta, GA 30363
T: (404) 817-6000
richard.north@nelsonmullins.com

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE - 2 -
NO. 2:20-cv-00506-BJR

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1563361/041320 1151/8284-0022

## ORDER

The Court has considered the Stipulation of Dismissal without Prejudice of Plaintiff Justin Hall and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Stipulated Motion to Dismiss Without Prejudice of Justin Hall be granted. The claims of Justin Hall are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 14th day of April, 2020

_____
BARBARA J. ROTHSTEIN
United States District Judge

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE
NO. 2:20-cv-00506-BJR

- 3 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1563361/041320 1151/8284-0022